IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIENE RICHBURG, Plaintiff, | : : : : : : : : | CIVIL ACTION |
| v. | | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, Defendant. | | No. 16-4646 |

FILED
AUG 16 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

WILLIAM DITTER, JR., J.

AND NOW, this 16th day of August, 2017, upon consideration of plaintiff's request for review, defendant's response, and plaintiff's reply, and after careful review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED.

BY THE COURT:

J. William Ditter, Jr.
WILLIAM DITTER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).